UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SUE GRAY, *et al.*,<br><br>      Plaintiff,<br><br>  v.<br><br>,<br><br>      Defendant. | Case No.  14-cv-02430-JD<br><br>**ORDER OF DISMISSAL** |

This case was initiated when plaintiff wrote a letter to the court regarding medical care. In an effort to protect her rights, it was filed as a new case. Plaintiff was informed that she had not filed a complaint and was given twenty-eight days to do so. She also was sent a notice that she had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, she was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

No response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 23, 2014

_____
JAMES DONATO
United States District Judge

14-cv-02430-JD-_dis